**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number: **08 C 717**

James Olson et al. v. Village of Round Lake Beach et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE COAR**
**MAGISTRATE JUDGE NOLAN**

| NAME (Type or print) |
| --- |
| Jed Stone |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Jed Stone |
| FIRM |
| Stone & Associates, L.L.C. |
| STREET ADDRESS |
| 415 West Washington Street, Suite 107 |
| CITY/STATE/ZIP |
| Waukegan, Illinois 60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 2745127 | 847-336-7888 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**   NO ☐ |
| --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES **X**   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

**FILED**
**FEBRUARY 1, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT