**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES OLSON and | ) | |
| TINA OLSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 717 |
| | ) | |
| VILLAGE OF ROUND LAKE BEACH, ILLINOIS, | ) | |
| ROUND LAKE BEACH OFFICER KENNETH COPPES, | ) | Judge Coar |
| ROUND LAKE BEACH OFFICER BRIAN PETERS, | ) | Magistrate Judge Nolan |
| ROUND LAKE BEACH OFFICER RYAN RODRIGUEZ, | ) | |
| ROUND LAKE BEACH OFFICER JUAN RESENDEZ, | ) | |
| ROUND LAKE BEACH SERGEANT MICHAEL BARR, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this Court's order, John Curnyn, of Stone & Associates, L.L.C., one of the attorneys representing the plaintiff, and Krista Oswald, of Knight, Hoppe, Kurnik & Knight, Ltd., one of the attorneys representing the defendants, met on April 15, 2008, pursuant to Rule 26(f) to discuss:

(1)    the nature and basis of their claims and defenses;
(2)    the possibilities for a prompt settlement or resolution of this case;
(3)    to make or arrange for the disclosures required under Rule 26(a)(1); and
(4)    to develop a discovery plan.

To that end, the parties propose the following:

A.    The issues in this case may be simplified by taking the following steps:
    1.    The exchange of written discovery.
    2.    The taking of oral discovery.

B.    The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:
    1.    None at this time.

C.    Discovery will be needed on the following subjects:
    1.    Liability and damages.
    2.    Defenses.

D.      Discovery should not be conducted in phases.

E.      Discovery is not likely to be contentious and management of discovery should be referred to the Magistrate Judge.     Yes_____     No_____X_____

F.      The parties do not consent to this matter being referred to the Magistrate Judge for final disposition.

G.      The parties have discussed the possibility of alternative dispute resolution and concluded that at this time the parties are not interested in alternative dispute resolution.

H.      The parties have not discussed a prompt settlement or other resolution of this matter.   The parties wish to first exchange written discovery.

I.      The Court should consider the following methods of expediting the resolution of this matter: none at this time.


 /s/ Jed Stone_____                                          /s/ Krista Oswald_____
Attorney for Plaintiff                                       Attorney for Defendant