**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES OLSON, et al. | ) | |
|       Plaintiffs, | ) | |
| vs. | ) | No. 08 CV 717 |
| | ) | |
| VILLAGE OF ROUND LAKE BEACH, et al. | ) | Judge Coar |
|       Defendants. | ) | Magistrate Judge Nolan |

**PROPOSED SCHEDULING ORDER**

**1.  Discovery**

The following time limits and deadlines shall be applicable.

    A.  All disclosures required by Rule 26(a)(1) shall be made on or before **May, 15,2008**.

    B.  Any amendments to pleadings or actions to join other parties shall be filed on or before **June 15, 2008**.

    C.  The cutoff of fact discovery is **January 15, 2009**.

    D.  The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before **November 15, 2008**.

    E.  The parties may depose the other side's expert at any time prior to **January 15, 2009**.

    F.  The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to **December 15, 2008**.

    G.  The parties shall have until **January 15, 2009**, To depose the opposing party's rebuttal expert.

**2.  Motions**

Any dispositive motions to be filed on or before February 15, 2009.

**3.  Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before **thirty (30) days subsequent to the ruling on any dispositive motions**.

The final pretrial conference will be held on _____ at _____.m.

**4.      Trial**

Trial is set in this matter on _____ at 10:00 a.m.

**5.      Status Hearing**

A further status hearing/preliminary pretrial conference should be held on _____.


Date:_____                                By:


 

_____
UNITED STATES DISTRICT JUDGE